```
                                                          ╔══════════════════════════════╗
                                                          ║ USDC SDNY                      ║
                                                          ║ DOCUMENT                       ║
UNITED STATES DISTRICT COURT                              ║ ELECTRONICALLY FILED           ║
SOUTHERN DISTRICT OF NEW YORK                             ║ DOC #: _____          ║
----------------------------------------------------------X  ║ DATE FILED: 1/17/2023          ║
                                                          ╚══════════════════════════════╝
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRADLEY JOHNSON,                                 :
                                                 :
                              Plaintiff(s), :
                                                 :                   1:21-cv-3262-GHW
              -v -                               :
                                                 :                          ORDER
IRONSHORE SPECIALTY INSURANCE                    :
COMPANY *and* WESTCHESTER SURPLUS                :
LINES INSURANCE COMPANY,                         :
                                                 :
                              Defendants.  :
---------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

On January 12, 2023, Plaintiff and Defendant Ironshore Specialty Insurance Co. filed a

stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and proposed

order (the "Stipulation"). Dkt. No. 97. The Stipulation states that these two parties "hereby

stipulate, subject to the approval of the Court, to dismiss the action with prejudice, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to Ironshore only." *See id.* at 1. The Stipulation is

signed by Plaintiff and Defendant Ironshore. *See id.* at 2.

Rule 41(a)(1)(A)(ii) requires that a stipulation of dismissal be "signed by all parties who have

appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant Westchester Surplus Lines Insurance

Company has appeared in this action but has not signed the Stipulation. *See* Dkt. Nos. 76, 97.

Accordingly, Plaintiff and Defendant Ironshore are directed to file, no later than January 18, 2023, a

letter informing the Court of the legal authority that would permit Plaintiff and Defendant

Ironshore to stipulate to the dismissal of Plaintiff's claims against Ironshore pursuant to Rule

41(a)(1)(A)(ii) without the consent of all parties that have appeared.

      SO ORDERED.

Dated: January 17, 2023
      New York, New York

                                  GREGORY H. WOODS
                            United States District Judge