USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                             :
BRADLEY JOHNSON,                      :
                             :
                    Plaintiff,   :                1:21-cv-3262-GHW
                             :
            -v -                 :                <u>ORDER</u>
                             :
IRONSHORE SPECIALTY INSURANCE   :
COMPANY, et al.,                :
                             :
                  Defendants.  :
                             :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 20, 2023, the Court held a conference regarding outstanding discovery issues in this case. For the reasons stated on the record, the Court orders as follows. Plaintiff's motion to quash the subpoenas issued to Shearman & Sterling ("Shearman") and Mr. Laguardia, Dkt. No. 141, is denied. However, the Court exercises its inherent authority to quash the subpoena to Shearman to the extent that subpoena seeks documents.

The motions to quash the subpoenas directed to Wellspring Capital and Ms. Mudho, Dkt. Nos. 125, 128, are denied, except that the parties are directed to meet and confer regarding the objections concerning proportionality. This meet-and-confer process should be completed by July 26, 2023. The Court understands Dkt. Nos. 133 and 134 to be duplicates of Dkt. Nos. 125 and 128 and therefore denies those motions as moot.

With respect to the discovery issues raised in the parties' joint letter, Dkt. No. 155, the Court sustains Plaintiff's objections to requests for production 2, 6, 8, 9, 11, 12, 15, and 17. The Court overrules the objections to requests for production 1 and 5; Plaintiff is ordered to respond promptly requests 1 and 5. With respect to the issues raised concerning the requests for admission identified in the parties' letter, Plaintiff has until July 27, 2023, to serve revised and amended objections and

responses to those requests for admission.

The parties are directed to submit a joint letter no later than July 26, 2023, with their proposals for an appropriate extension of discovery. If any issues remain outstanding regarding the proportionality objections in connection with the subpoenas to Wellspring and Ms. Mudho, the parties may include those issues in their joint letter.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 125, 128, 133, 134, and 141.

SO ORDERED.

Dated: July 20, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge