```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRADLEY JOHNSON,

                      Plaintiff,

-v -

IRONSHORE SPECIALTY INSURANCE
COMPANY, *and* WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

                      Defendants.
----------------------------------------------------------------- X

1:21-cv-3262-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On July 27, 2023 the Court directed the parties to submit a joint status letter addressing the topics described in the case management plan and scheduling order entered on May 13, 2022, Dkt. No. 71, by no later than September 26, 2023. Dkt. No. 163. The joint status letter has not been submitted. Accordingly, the parties are directed to comply with the Court's July 27, 2023 order forthwith, and in no event later than September 29, 2023.

      SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                      _____
                                                        GREGORY H. WOODS
                                                    United States District Judge